UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                  20-cr-292 (PKC)

        -against-                                                    ORDER

PAUL ARCE,

                            Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

1. The above action is set for trial on May 3, 2021 at 9:30 a.m. in a courtroom to be announced prior to trial. It is the first back-up trial to <u>United States v. King</u>, 18 Cr. 308 (ALC).

2. The government shall file a description of its Rule 404(b) evidence, motions in limine, proposed voir dire and requests to charge by March 15, 2021.

3. The defendants shall respond to the government's in limine motions, proposed voir dire and requests to charge and file their own requests by March 29, 2021.

4. The government shall respond to the defendant's in limine motions and proposed voir dire and requests to charge by April 5, 2021.

5. The government shall promptly confirm its consent to produce 3500 materials 7 days prior to trial.

6. There will be a Final Pretrial Conference on April 19, 2021 at 2 p.m. in a courtroom to be announced.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 2, 2021