

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2021

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

Re:   **United States** v. **Paul Arce, et al.**, 20 Cr. 292 (PKC)

Dear Judge Castel:

This Court has scheduled a conference in the above-captioned case for April 5, 2021. Two of the three defendants—Joseph Davila and Matthew Rivera—have pled guilty and have sentencing dates on the calendar. The third defendant, Paul Arce, is discussing a pretrial disposition with the Government, and the parties anticipate that those discussions will reach a resolution soon. Accordingly, the Government and Mr. Arce's attorney, Zachary Margulis-Ohnuma, respectfully request that the April 5 conference be adjourned for approximately one month, for a date at the Court's convenience. The Government respectfully requests that time under the Speedy Trial Act be excluded until that new conference date, so the parties can continue their efforts to reach a pre-trial resolution. Mr. Arce's attorney consents to the request to exclude time.

Conference is adjourned from April 5, 2021 to May 5, 2021 at 11:00 a.m. in Courtroom 11D at 500 Pearl Street, New York, N.Y. Time is excluded under the speedy trial act until 5/5/21 for the reasons set forth in the government letter dated April 2, 2021.
SO ORDERED.
Dated: 4/2/2021

*P. Kevin Castel*
United States District Judge

Respectfully Submitted,

AUDREY STRAUSS
United States Attorney

by:   ____/s/ Thomas Burnett_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064